UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– v. –<br><br>RAZHDEN SHULAYA, *et al.*<br><br>Defendants. | **Protective Order**<br><br>**17 Cr. 350 (KBF)**<br>**S1 17 Cr. 350 (KBF)** |

Upon the application of the United States of America, with the consent of the undersigned counsel, and the defendants having requested discovery under Fed. R. Crim. P. 16, the Court hereby finds and orders as follows:

1. **Disclosure Material.** The Government has made and will make disclosure to the defendants of documents, objects and information, including electronically stored information ("ESI"), pursuant to Federal Rule of Criminal Procedure 16, 18 U.S.C. § 3500, and the Government's general obligation to produce exculpatory and impeachment material in criminal cases, all of which will be referred to herein as "disclosure material." The Government's disclosure material may include material that (i) affects the privacy, confidentiality and business interests of individuals and entities not named as parties in this case; (ii) would impede, if prematurely disclosed, the Government's ongoing investigation of uncharged individuals; (iii) would risk prejudicial pretrial publicity if publicly disseminated; and (iv) that is not authorized to be disclosed to the public or disclosed beyond that which is necessary for the defense of this criminal case.

2. **Sensitive Disclosure Material.** Certain of the Government's disclosure material, referred to herein as "sensitive disclosure material," contains information that identifies, or could

*United States* v. *Shulaya, et al.*
17 Cr. 350 (KBF)
Protective Order

lead to the identification of, witnesses who may be subject to intimidation or obstruction, and whose lives, persons, and property, as well as the lives, persons, and property of loved ones, will be subject to risk of harm absent the protective considerations set forth herein. The Government's designation of material as sensitive disclosure material will be controlling absent contrary order of the Court.

    3. **Good Cause.** There is good cause for entry of the protective order set forth herein.

    **Accordingly it is hereby Ordered:**

    4. Disclosure material shall not be disclosed by the defendants or each of his defense counsel, including any successor counsel ("the defense") other than as set forth herein, and shall be used by the defense solely for purposes of defending this action. The defense shall not post any disclosure material on any Internet site or network site to which persons other than the parties hereto have access, and shall not disclose any disclosure material to the media or any third party except as set forth below.

    5. Disclosure material may be disclosed by counsel to:

        (a) Personnel for whose conduct counsel is responsible, *i.e.*, personnel employed by or retained by counsel, as needed for purposes of defending this action;

        (b) Prospective witnesses for purposes of defending this action;

        (c) Any court-appointed Coordinating Defense Attorney ("CDA"), his or her staff, and any third party vendors he or she retains.

2

*United States* v. *Shulaya, et al.*
17 Cr. 350 (KBF)
Protective Order

6. The defense shall provide a copy of this Order to prospective witnesses and persons retained by counsel to whom the defense has disclosed disclosure material or the Government's ESI production. All such persons shall be subject to the terms of this Order. Defense counsel shall maintain a record of what information has been disclosed to which such persons.

7. The Government may authorize, in writing, disclosure of disclosure material beyond that otherwise permitted by this Order without further Order of this Court.

8. This Order does not prevent the disclosure of any disclosure material in any hearing or trial held in this action, or to any judge or magistrate judge, for purposes of this action. However, sensitive disclosure material pertinent to any motion before the Court should initially be filed under seal, absent consent of the Government or Order of the Court. All filings should comply with the privacy protection provisions of Fed. R. Crim. P. 49.1.

### Disclosure and Protection of Seized ESI

9. The Government has advised that information that may be subject to disclosure in this case may be contained within ESI that the Government has seized, pursuant to warrants issued during the course of the investigation, such as ESI seized from various cell phones.

10. The Government is authorized to disclose to any CDA and counsel for the defendants, for use solely as permitted herein, the entirety of such seized ESI as the Government believes may contain disclosure material ("the seized ESI disclosure material"). Any CDA, defendants, their defense counsel, and personnel for whose conduct defense counsel is responsible, *i.e.*, personnel

3

*United States* v. *Shulaya, et al.*
17 Cr. 350 (KBF)
Protective Order

employed by or retained by counsel, may review the seized ESI disclosure material to identify

items pertinent to the defense. They shall not further disseminate or disclose any portion of the

seized ESI disclosure material except as otherwise set forth under this Order.

11. This Order places no restriction on a defendant's use or disclosure of ESI that originally

belonged to the defendant.

### Return or Destruction of Material

12. Except for disclosure material that has been made part of the record of this case, the

defense shall return to the Government or securely destroy or delete all disclosure material,

including the seized ESI disclosure material, within 30 days of the expiration of the period for

direct appeal from any verdict in the above-captioned case; the period of direct appeal from any

order dismissing any of the charges in the above-captioned case; or the granting of any motion

made on behalf of the Government dismissing any charges in the above-captioned case, whichever

date is later.

*United States* v. *Shulaya, et al.*
17 Cr. 350 (KBF)
Protective Order

### Retention of Jurisdiction

13. The provisions of this order shall not terminate at the conclusion of this prosecution

and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

JOON H. KIM
Acting United States Attorney

by: _____          Date: ___6/23/2017___
Andrew C. Adams
Andrew M. Thomas
Assistant United States Attorneys


_____          Date: _____
Counsel for defendant Razhden Shulaya


_____          Date: _____
Counsel for defendant Zurab Dzhanashvili


_____          Date: _____
Counsel for defendant Akaki Ubilava


_____          Date: _____
Counsel for defendant Hamlet Uglava


_____          Date: _____
Counsel for defendant Mamuka Chaganava


_____          Date: _____
Counsel for defendant Mikheil Toradze

5

*United States* v. *Shulaya, et al.*
17 Cr. 350 (KBF)
Protective Order

_____    Date: _____
Counsel for defendant Avtandil Kanadashvili

_____    Date: _____
Counsel for defendant Nazo Gaprindashvili

_____    Date: _____
Counsel for defendant Artur Vinokurov

_____    Date: _____
Counsel for defendant Evgheni Melman

_____    Date: _____
Counsel for defendant Timur Suyunov

_____    Date: _____
Counsel for defendant Zurab Buziashvili

_____    Date: _____
Counsel for defendant Girogi Lomishvili

_____    Date: _____
Counsel for defendant Azer Arslanouk

_____    Date: _____
Counsel for defendant Ivan Afanasyev

_____    Date: _____
Counsel for defendant Denis Savgir

_____    Date: _____
Counsel for defendant Bakai Marat-Uulu

_____    Date: _____
Counsel for defendant Andriy Petrushyn

_____    Date: _____
Counsel for defendant Diego Gabisonia

6

*United States* v. *Shulaya, et al.*
17 Cr. 350 (KBF)
Protective Order

_____                    Date: _____
Counsel for defendant Levan Makashvili

_____                    Date: _____
Counsel for defendant Sergey Saraidarov

_____                    Date: _____
Counsel for defendant Vache Hovhannisyan

_____                    Date: _____
Counsel for defendant Denys Davydov

_____                    Date: _____
Counsel for defendant Erekle Kereselidze

_____                    Date: _____
Counsel for defendant Alex Mitselmakher

_____                    Date: _____
Counsel for defendant Yuriy Lerner

_____                    Date: _____
Counsel for defendant Avtandil Khurtsidze

SO ORDERED:

Dated: New York, New York
          , 2017

                                    _____
                                    HONORABLE KATHERINE B. FORREST
                                    UNITED STATES DISTRICT JUDGE

7

*United States* v. *Shulaya, et al.*
17 Cr. 350 (KBF)
Protective Order

_____        Date: _____
Counsel for defendant Avtandil Kanadashvili

_____        Date: _____
Counsel for defendant Nazo Gaprindashvili

_____        Date: _____
Counsel for defendant Artur Vinokurov

_____        Date: _____
Counsel for defendant Evgheni Melman

_____        Date: _____
Counsel for defendant Timur Suyunov

_____        Date: _____
Counsel for defendant Zurab Buziashvili

_____        Date: _____
Counsel for defendant Girogi Lomishvili

_____        Date: _____
Counsel for defendant Azer Arslanouk

_____        Date: 6 – 2 0 – 1 7
Counsel for defendant Ivan Afanasyev

_____        Date: _____
Counsel for defendant Denis Savgir

_____        Date: _____
Counsel for defendant Bakai Marat-Uulu

_____        Date: _____
Counsel for defendant Andriy Petrushyn

_____        Date: _____
Counsel for defendant Diego Gabisonia

6

*United States* v. *Shulaya, et al.*
17 Cr. 350 (KBF)
Protective Order

_____     Date: _____
Counsel for defendant Avtandil Kanadashvili

_____     Date: _____
Counsel for defendant Nazo Gaprindashvili

_____     Date: _____
Counsel for defendant Artur Vinokurov

_____     Date: _____
Counsel for defendant Evgheni Melman

_____     Date: _____
Counsel for defendant Timur Suyunov

_____     Date: _____
Counsel for defendant Zurab Buziashvili

_____     Date: _____
Counsel for defendant Girogi Lomishvili

_____     Date: ___6/20/17_____
Counsel for defendant Azer Arslanouk

_____     Date: _____
Counsel for defendant Ivan Afanasyev

_____     Date: _____
Counsel for defendant Denis Savgir

_____     Date: _____
Counsel for defendant Bakai Marat-Uulu

_____     Date: _____
Counsel for defendant Andriy Petrushyn

_____     Date: _____
Counsel for defendant Diego Gabisonia

6

*United States* v. *Shulaya, et al.*
17 Cr. 350 (KBF)
Protective Order

### Retention of Jurisdiction

13. The provisions of this order shall not terminate at the conclusion of this prosecution

and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

JOON H. KIM
Acting United States Attorney

by: _____           Date: _____

    Andrew C. Adams
    Andrew M. Thomas
    Assistant United States Attorneys

_____           Date: _____
Counsel for defendant Razhden Shulaya

_____           Date: _____
Counsel for defendant Zurab Dzhanashvili

_____           Date: _____
Counsel for defendant Akaki Ubilava

_____           Date: _____
Counsel for defendant Hamlet Uglava

_____           Date: _06/21/2017_
Counsel for defendant Mamuka Chaganava

_____           Date: _____
Counsel for defendant Mikheil Toradze

5

*United States v. Shulaya, et al.*
17 Cr. 350 (KBF)
Protective Order

Counsel for defendant Levan Makashvili                     Date: _____

Counsel for defendant Sergey Saraidarov                    Date: _____

Counsel for defendant Vache Hovhannisyan                   Date: _____

                                        (Susan Kellman)     Date:  6/20/2017

Counsel for defendant Denys Davydov

Counsel for defendant Erekle Kereselidze                   Date: _____

Counsel for defendant Alex Mitselmakher                    Date: _____

Counsel for defendant Yuriy Lerner                         Date: _____

Counsel for defendant Avtandil Khurtsidze                  Date: _____

SO ORDERED:

Dated: New York, New York
                    , 2017

                                        _____
                                        HONORABLE KATHERINE B. FORREST
                                        UNITED STATES DISTRICT JUDGE

7

*United States v. Shulaya, et al.*
17 Cr. 350 (KBF)
Protective Order

_____        Date: _____
Counsel for defendant Levan Makashvili

_____        Date: _____
Counsel for defendant Sergey Saraidarov

_____        Date: _____
Counsel for defendant Vache Hovhannisyan

_____        Date: _____
Counsel for defendant Denys Davydov

_____        Date: _____6/23/17_____
Counsel for defendant Erekle Kereselidze

_____        Date: _____
Counsel for defendant Alex Mitselmakher

_____        Date: _____
Counsel for defendant Yuriy Lerner

_____        Date: _____
Counsel for defendant Avtandil Khurtsidze

SO ORDERED:

Dated: New York, New York
            , 2017

                            _____
                            HONORABLE KATHERINE B. FORREST
                            UNITED STATES DISTRICT JUDGE

7

*United States v. Shulaya, et al.*
17 Cr. 350 (KBF)
Protective Order

_____          Date: _____
Counsel for defendant Levan Makashvili

_____          Date: _____
Counsel for defendant Sergey Saraidarov

_____          Date: _____
Counsel for defendant Vache Hovhannisyan

_____          Date: _____
Counsel for defendant Denys Davydov

_____          Date: _____
Counsel for defendant Erekle Kereselidze

_____          Date: _____
Counsel for defendant Alex Mitselmakher

_____          Date: 6/20/17
Counsel for defendant Yuriy Lerner

_____          Date: _____
Counsel for defendant Avtandil Khurtsidze

SO ORDERED:

Dated: New York, New York
            , 2017

                              HONORABLE KATHERINE B. FORREST
                              UNITED STATES DISTRICT JUDGE

7

*United States v. Shulaya, et al.*
17 Cr. 350 (KBF)
Protective Order

| | |
|---|---|
| _____ | Date: _____ |
| Counsel for defendant Avtandil Kanadashvili | |
| _____ | Date: _____ |
| Counsel for defendant Nazo Gaprindashvili | |
| _____ | Date: _____ |
| Counsel for defendant Artur Vinokurov | |
| _____ | Date: _____ |
| Counsel for defendant Evgheni Melman | |
| _____ | Date: _____ |
| Counsel for defendant Timur Suyunov | |
| _____ | Date: _____ |
| Counsel for defendant Zurab Buziashvili | |
| _____ | Date: _6/20/17_____ |
| Counsel for defendant Girogi Lomishvili | |
| _____ | Date: _____ |
| Counsel for defendant Azer Arslanouk | |
| _____ | Date: _____ |
| Counsel for defendant Ivan Afanasyev | |
| _____ | Date: _____ |
| Counsel for defendant Denis Savgir | |
| _____ | Date: _____ |
| Counsel for defendant Bakai Marat-Uulu | |
| _____ | Date: _____ |
| Counsel for defendant Andriy Petrushyn | |
| _____ | Date: _____ |
| Counsel for defendant Diego Gabisonia | |

6

*United States* v. *Shulaya, et al.*
17 Cr. 350 (KBF)
Protective Order

_____
Counsel for defendant Avtandil Kanadashvili

Date: _____

_____
Counsel for defendant Nazo Gaprindashvili

Date: _____

_____
Counsel for defendant Artur Vinokurov

Date: _____

_____
Counsel for defendant Evgheni Melman

Date: _____

_____
Counsel for defendant Timur Suyunov

Date: _____

_____
Counsel for defendant Zurab Buziashvili

Date: _____

_____
Counsel for defendant Girogi Lomishvili

Date: _____

_____
Counsel for defendant Azer Arslanouk

Date: _____

_____
Counsel for defendant Ivan Afanasyev

Date: _____

_____
Counsel for defendant Denis Savgir

Date: _____

_____
Counsel for defendant Bakai Marat-Uulu

Date: __6/21/17__

_____
Counsel for defendant Andriy Petrushyn

Date: _____

_____
Counsel for defendant Diego Gabisonia

Date: _____

6

*United States* v. *Shulaya, et al.*
17 Cr. 350 (KBF)
Protective Order

_____                    Date: _____
Counsel for defendant Levan Makashvili

_____                    Date: _____
Counsel for defendant Sergey Saraidarov

_____                    Date: _____
Counsel for defendant Vache Hovhannisyan

_____                    Date: _____
Counsel for defendant Denys Davydov

_____                    Date: _____
Counsel for defendant Erekle Kereselidze

_____                    Date: 6-20-17
Counsel for defendant Alex Mitselmakher

_____                    Date: _____
Counsel for defendant Yuriy Lerner

_____                    Date: _____
Counsel for defendant Avtandil Khurtsidze


SO ORDERED:

Dated: New York, New York
       , 2017

                                    _____
                                    HONORABLE KATHERINE B. FORREST
                                    UNITED STATES DISTRICT JUDGE


7

*United States* v. *Shulaya, et al.*
17 Cr. 350 (KBF)
Protective Order

## Retention of Jurisdiction

13. The provisions of this order shall not terminate at the conclusion of this prosecution

and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

JOON H. KIM
Acting United States Attorney


by: _____          Date: _____
    Andrew C. Adams
    Andrew M. Thomas
    Assistant United States Attorneys


_____              Date: _____
Counsel for defendant Razhden Shulaya

_____              Date:  6/21/17
Counsel for defendant Zurab Dzhanashvili

_____              Date: _____
Counsel for defendant Akaki Ubilava

_____              Date: _____
Counsel for defendant Hamlet Uglava

_____              Date: _____
Counsel for defendant Mamuka Chaganava

_____              Date: _____
Counsel for defendant Mikheil Toradze

5

*United States* v. *Shulaya, et al.*
17 Cr. 350 (KBF)
Protective Order

_____
Counsel for defendant Avtandil Kanadashvili

Date: _____

_____
Counsel for defendant Nazo Gaprindashvili

Date: _June 21, 2017_

_____
Counsel for defendant Artur Vinokurov

Date: _____

_____
Counsel for defendant Evgheni Melman

Date: _____

_____
Counsel for defendant Timur Suyunov

Date: _____

_____
Counsel for defendant Zurab Buziashvili

Date: _____

_____
Counsel for defendant Girogi Lomishvili

Date: _____

_____
Counsel for defendant Azer Arslanouk

Date: _____

_____
Counsel for defendant Ivan Afanasyev

Date: _____

_____
Counsel for defendant Denis Savgir

Date: _____

_____
Counsel for defendant Bakai Marat-Uulu

Date: _____

_____
Counsel for defendant Andriy Petrushyn

Date: _____

_____
Counsel for defendant Diego Gabisonia

Date: _____

6

*United States* v. *Shulaya, et al.*
17 Cr. 350 (KBF)
Protective Order

_____          Date: _____
Counsel for defendant Avtandil Kanadashvili

_____          Date: _____
Counsel for defendant Nazo Gaprindashvili

_____          Date: _____
Counsel for defendant Artur Vinokurov

_____          Date:  6-20-17
Counsel for defendant Evgheni Melman

_____          Date: _____
Counsel for defendant Timur Suyunov

_____          Date: _____
Counsel for defendant Zurab Buziashvili

_____          Date: _____
Counsel for defendant Girogi Lomishvili

_____          Date: _____
Counsel for defendant Azer Arslanouk

_____          Date: _____
Counsel for defendant Ivan Afanasyev

_____          Date: _____
Counsel for defendant Denis Savgir

_____          Date: _____
Counsel for defendant Bakai Marat-Uulu

_____          Date: _____
Counsel for defendant Andriy Petrushyn

_____          Date: _____
Counsel for defendant Diego Gabisonia

6

*United States* v. *Shulaya, et al.*
17 Cr. 350 (KBF)
Protective Order

|                                                        | Date: _____ |
| Counsel for defendant Artur Vinokurov                  |                                            |

|                                                        | Date: _____ |
| Counsel for defendant Evgheni Melman                   |                                            |

|                                                        | Date: _____ |
| Counsel for defendant Timur Suyunov                    |                                            |

|                                                        | Date: _____ |
| Counsel for defendant Zurab Buziashvili                |                                            |

|                                                        | Date: _____ |
| Counsel for defendant Girogi Lomishvili                |                                            |

|                                                        | Date: _____ |
| Counsel for defendant Azer Arslanouk                   |                                            |

|                                                        | Date: _____ |
| Counsel for defendant Ivan Afanasyev                   |                                            |

|                                                        | Date: _____ |
| Counsel for defendant Denis Savgir                     |                                            |

|                                                        | Date: _____ |
| Counsel for defendant Bakai Marat-Uulu                 |                                            |

/S/ Arnold J. Levine
Counsel for defendant Andriy Petrushyn          Date:   June 20, 2017

|                                                        | Date: _____ |
| Counsel for defendant Diego Gabisonia                  |                                            |

|                                                        | Date: _____ |
| Counsel for defendant Levan Makashvili                 |                                            |

|                                                        | Date: _____ |
| Counsel for defendant Sergey Saraidarov                |                                            |

6

*United States* v. *Shulaya, et al.*
17 Cr. 350 (KBF)
Protective Order

### Retention of Jurisdiction

13. The provisions of this order shall not terminate at the conclusion of this prosecution

and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

JOON H. KIM
Acting United States Attorney


by: _____         Date: _____

    Andrew C. Adams
    Andrew M. Thomas
    Assistant United States Attorneys


_____         Date: *June 20, 2017*
Counsel for defendant Razhden Shulaya


_____         Date: _____
Counsel for defendant Zurab Dzhanashvili


_____         Date: _____
Counsel for defendant Akaki Ubilava


_____         Date: _____
Counsel for defendant Hamlet Uglava


_____         Date: _____
Counsel for defendant Mamuka Chaganava


_____         Date: _____
Counsel for defendant Mikheil Toradze

5

United States v. Shulaya, et al.
17 Cr. 350 (KBF)
Protective Order

### Retention of Jurisdiction

13. The provisions of this order shall not terminate at the conclusion of this prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

JOON H. KIM
Acting United States Attorney

by:
    Andrew C. Adams
    Andrew M. Thomas
    Assistant United States Attorneys

Date: _____

Counsel for defendant Razhden Shulaya

Date: _____

Counsel for defendant Zurab Dzhanashvili

Date: _____

Counsel for defendant Akaki Ubilava

Date: _____

Date: 6/20/17

Counsel for defendant Hamlet Uglava

Date: _____

Counsel for defendant Mamuka Chaganava

Date: _____

Counsel for defendant Mikheil Toradze

5

*United States* v. *Shulaya, et al.*
17 Cr. 350 (KBF)
Protective Order

_____
Counsel for defendant Levan Makashvili

Date: _____

_____
Counsel for defendant Semyon Saraidarov

Date: _____/ 2 · | 1 7_____

_____
Counsel for defendant Vache Hovhannisyan

Date: _____

_____
Counsel for defendant Denys Davydov

Date: _____

_____
Counsel for defendant Erekle Kereselidze

Date: _____

_____
Counsel for defendant Alex Mitselmakher

Date: _____

_____
Counsel for defendant Yuriy Lerner

Date: _____

_____
Counsel for defendant Avtandil Khurtsidze

Date: _____

SO ORDERED:

Dated: New York, New York
    June    27 , 2017

_____
HONORABLE KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

7