# SHELLA & ASSOCIATES, LLC.

### 250 FULTON AVE 5ᵀᴴ FL

### HEMPSTEAD, NEW YORK

### 11550

### PHONE : 646 801 4220

MANAGING ATTORNEY: C. BURELL SHELLA, ESQ.

September 19, 2017

Letter in Lieu of Ex Parte Motion to Appoint Professional

Docket:  **1:17-cr-00350-KBF-1**


Judge K. Forrest

US District Court Judge, EDNY



Re: R. Shulaya



  My client does has not have the means to hire the professionals that are required to give him effective assistance of counsel to defend his case. I am requesting that this honorable court appoint :1. Migtalia Tolliver (250 Fulton Ave Suite 512 Hempstead, NY 11550   as a paralegal; 2.Tatiana Montana  ( 3801 Ocean View Ave, Brooklyn, NY 11244as a paralegal; 3. Izabella R Perevodchik as an interpreter.

I request $50.00 per hour for each of these experts to not exceed $10,000 per expert.

I make these assertions under the penalty of perjury upon information and belief.

/s/C.Burell Shella

C. Burell Shella Esq.