# SHELLA & ASSOCIATES, LLC.

250 FULTON AVE. 5TH FL

HEMPSTEAD, NEW YORK

11550

PHONE : 646 801 4220

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 2 9 2017

MANAGING ATTORNEY: C. BURELL SHELLA, ESQ.

17cr350(KBF)

September 26, 2017

Letter in Lieu of Motion

Re: Interpreter to be admitted to MDC

    Please note that my client Razahn Shulaya has hired a qualified interpreter to translate out conversations and I applied to MDC over two weeks ago to have this handled. As per our conversation, these restrictions are not allowing me to effectively represent my client. I have attached my interpreters resume and certification and I ask the court to order MDC to allow her in to assist in my client's case.

    I am asking that the court order that she be allowed to enter with me to interpret for my clients so I can effectively represent him. I have attached her information and certificate as a certified interpreter to assist me with this case.

/s/C.Burell Shella

C. Burell Shella

SO Ordered

_/s/ KBF_  9/29/17

Us District Court Judge