# SHELLA & ASSOCIATES, LLC.

250 FULTON AVE 5TH FL

HEMPSTEAD, NEW YORK

11550

PHONE : 646 801 4220

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 0 6 2017

MANAGING ATTORNEY: C. BURELL SHELLA, ESQ.

September 26, 2017

17cr 350 (KBF)

Letter in Lieu of Motion

Re: Motion to withdraw.  ?

Please note that my client Razahn Shulaya never hired Musa Obregon and Associates. He hired another attorney who it turns out was not licensed to practice law in the Sothern District. HE has requested a refund of the funds payed to that attorney and has not received it. I am his new attorney of record and I am representing him through my firm C. Burell Shella, ESQ.

/s/C.Burell Shella

C. Burell Shella

*Ordered*

*what's the purpose of this letter? I have no idea what you are referring to here.*

*KB. Forrest*
*U.S.D.J.*

*10/6/17*