# SHELLA & ASSOCIATES, LLC.

### 250 Fulton Ave 5th Fl

### Hempstead, New York

### 11550

### Phone : 646 801 4220

Managing Attorney: C. Burell Shella, Esq.

October 6, 2017

Letter in Lieu of Motion

Re: Motion to Withdraw As Counsel

My client's interest and my own have come into conflict. I can no longer effectively represent him. I have spoken to the US attorney's office and they have no position on this issue and I ask the court to allow me to withdraw as counsel. It's my understanding he has hired another attorney.

If the court is not so inclined to do so at this late date, I would asked to be compensated going forward from CJA funds. I'm a former CJA in NC and DC.

<u>/s/C.Burell Shella</u>

C. Burell Shella

SO Ordered

_____

Us District Court Judge