# SHELLA & ASSOCIATES, LLC.

250 FULTON AVE 5TH FL

HEMPSTEAD, NEW YORK

11550

PHONE : 646 801 4220

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 1 1 2017
```

MANAGING ATTORNEY: C. BURELL SHELLA, ESQ.

17cr 350 (KBF)

October 6, 2017

US vs. Razhden Shulaya

Letter in Lieu of Motion

Re: Motion to Withdraw As Counsel

at 11 a.m.

My client's interest and my own have come into conflict. I can no longer effectively represent him. I have spoken to the US attorney's office and they have no position on this issue and I ask the court to allow me to withdraw as counsel. It's my understanding he has hired another attorney.

Ordered

My goodness. You can't withdraw by letter when we just had a hearing last week and you represented you were in for the duration. Hearing on this issue is set for 10/18/17. No dates (for motions, etc.) are adjourned or extended.

/s/C.Burell Shella

C. Burell Shella

SO Ordered

KB.F

Us District Court Judge