# SHELLA & ASSOCIATES, LLC.

## 250 FULTON AVE 5ᵀᴴ FL

## HEMPSTEAD, NEW YORK

## 11550

## PHONE : 646 801 4220

MANAGING ATTORNEY: C. BURELL SHELLA, ESQ.

October 13, 2017

Letter in Lieu of Motion

Re: Withdrawal of Motion to Withdraw As Counsel

Based on my conversations with my client's representatives. I move to withdraw my previous motions to withdraw.

/s/C.Burell Shella

C. Burell Shella

SO Ordered

_____

Us District Court Judge