_____

US DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE 17-CR-350-1 (KF) |
| VS | |
| RAZDHAN SHULAYA | |

## NOTICE OF INTENT TO CALL EXPERT TO ESTABLISH AFFIRMATIVE DEFENSE of ENTRAPMENT PURSUANT TO RULE 16

**PLEASE TAKE NOTICE,** that Razdhan Shulaya, through his attorney Chris Shella, gives notice that he plans to call an expert to testify that the US Government's indictment against my client is based on entrapment.

This expert witness is necessary for the defense to meets its burden of production of evidence to support this complete defense. The defendant must show: 1. That he was induced into the act and 2. That he lacked the predisposition to commit this crime. (Mathews v. United States, 485 U.S. 58, 62–63 (1988).

Rule 16 of the Federal Rules of Criminal Procedure requires the disclosure of our intent to use such expert

Dated:        Uniondale, New York

              October 16, 2017

/s/C.Burell Shella,esq

C.BURELL SHELLA, ESQ

626 RXR PLAZA

SUITE 512

UNIONDALE, NEW YORK 11552

646 801 4220

SHELLACB@MAIL.COM

TO: ANDREW Thomas,Esq.

Andrew Adams, Esq.

Lauren Schorr, Esq.

Assistant U.S. Attorneys

One St. Andrew's Plaza

New York, New York 10007