```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 16, 2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                                             :

UNITED STATES OF AMERICA         :

                                             :         17 Cr. 350 (KBF)

     - v. -                             :

                                             :            ORDER

RAZHDEN SHULAYA,                :

                                           :

                       Defendant.  :
----------------------------------------------------------------------X

**KATHERINE B. FORREST**, United States District Judge:

      The Government's letter dated October 16, 2017, raises very troubling issues. Counsel Shella's response does not address them adequately. The Court has a number of questions regarding what Mr. Shella knew and when he knew it regarding Ms. Baranova/Montana. In particular, the Court needs to understand:

1. When did Mr. Shella first meet Ms. Baranova?

2. What did he understand her relationship with Mr. Shulaya was at that time? A) For instance, did he know whether she was a personal friend of Shulaya?

3. When did Mr. Shella first, if ever, use Ms. Baranova as an interpreter?

4. How did Mr. Shella come to understand that she was a qualified interpreter?

5. When did Mr. Shella hire Ms. Baranova as a paralegal?

6. Has Mr. Shella tasked Ms. Baranova with any work on this case?

7. How many hours has Ms. Baranova worked as a paralegal on this matter?

8.  How has she been paid?

The Court directs counsel to file a letter stating his answers to the above questions.  Counsel may include any other information he believes places the situation into proper context.  Such letter shall be filed not later than October 17 at 5pm.  A conference to discuss these issues shall occur on Wednesday, October 18, 2017 at 11:00 a.m.  Ms. Baranova has been represented by Mr. Shella to be employed him on this case; she is directed to appear as well.


       SO ORDERED:

Dated:       New York, New York
             October 16, 2017

                              _____
                                 KATHERINE B. FORREST
                                 United States District Judge