LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com


December 13, 2017

**BY ECF**
The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: United States v. Razhden Shulaya; 17 Cr. 350 (KBF)**

Dear Judge Forrest:

        I represent Razhden Shulaya in the above-referenced matter, having been
appointed by Your Honor pursuant to the provisions of the Criminal Justice Act ("CJA"),
18 U.S.C. § 3006A on October 23, 2017.  I write pursuant to the Court's Order from
today.  I have been in communication with Elizabeth Macedonio.  Based on my
communications with her, I anticipate that she will file a notice of appearance shortly.


                                    Respectfully submitted,

                                    /s/

                                    Anthony Cecutti