UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                                   17 Cr. 350 (S.D.N.Y.) (KBF)

   - v. -

RAZHDEN SHULAYA and
AVTANDIL KHURTSIDZE

        Defendants.
------------------------------------------------------------X

# DEFENDANTS' MOTION *IN LIMINE* TO
# EXCLUDE TESTIMONY OF JOHN PENZA
**(Motion *in Limine* No. 1)**

Pursuant to the Federal Rules of Criminal Procedure, and based on the accompanying memorandum of law, the defendants Razhden Shulaya and Avtandil Khurtsidze jointly move this Honorable Court to exclude the testimony of the government's purported organized crime "expert," government agent John Penza because (1) his proposed testimony necessarily relies on out of court statements of non-testifying declarants, thus violating the defendants' rights under the Sixth Amendment of the United States Constitution; (2) his proposed testimony does not satisfy the requirements of Federal Rule of Evidence 702 and 703; and (3) the proposed testimony is more prejudicial than probative and thus inadmissible under Federal Rule of Evidence 403.

Dated:  New York, New York
         April 23, 2018

                                                                     Respectfully submitted,

| | |
|---|---|
| ___/s/ Megan Wolfe Benett_____<br>Megan Wolfe Benett, Esq.<br>750 Third Avenue, 32nd Floor<br>New York, NY 10017<br>(212) 973-3406<br>(212) 972-9432 (fax)<br>mbenett@kreindler.com<br>*Attorney for Defendant Avtandil Khurtsidze* | ___/s/ Anthony Cecutti_____<br>Anthony Cecutti, Esq.<br>The Astor Building<br>217 Broadway, Suite 707<br>New York, New York 10007<br>Ph: (212) 619-3730<br>Cell: (917) 741-1837<br>Fax: (212) 962-5037<br>anthonycecutti@gmail.com<br>*Attorney for Defendant Razhden Shulaya* |

___/s/ Arthur Ken Womble_____
Ken Womble, Esq.
Zeman & Womble, LLP
66 Willoughby Street
Brooklyn, NY 10013
(718) 514-9100
(917) 210-3700 (fax)
womble@zemanwomblelaw.com
*Attorney for Defendant Avtandil Khurtsidze*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of DEFENDANTS' MOTION IN LIMINE TO EXCLUDE TESTIMONY OF JOHN PENZA (Motion in Limine No. 1) and supporting documents and exhibits were filed electronically this 23rd day of April 2018. Notice of this filing will be served upon all parties in 17 Cr. 350 (S.D.N.Y.) (KBF) by operation of the Southern District of New York's Electronic Case Filing ("ECF") system, which all parties may access.

      /s/ Megan W. Benett