```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 30, 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA                                                :
                                                                        :      S9 17 Cr. 350 (KBF)
   - v. -                                                               :
                                                                        :      ORDER
                                                                        :
RAZHDEN SHULAYA and AVTANDIL                                            :
KHURTSIDZE,                                                             :
                                                                        :
                       Defendants.                                      X
------------------------------------------------------------------------

KATHERINE B. FORREST, United States District Judge:

The Court has reviewed the list of strikes provided by the parties, as well as the completed juror questionnaires. Based upon its review and the parties' respective positions, the Court hereby STRIKES the following prospective jurors for cause: 3, 4, 6, 7, 8, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 23, 27, 30, 32, 35, 36, 37, 38, 40, 42, 43, 45, 48, 50, 52, 54, 56, 57, 58, 63, 64, 67, 71, 73, 74, 76, 78, 82, 83, 85, 87, 89, 90, 91, 92, 94, 96, 97, 98, 100, 101, 102, 103, 104, 107, 108, 110, 111, 112, 113, 114, 115, 117, 120, 121, 122, 124, 125, 126, 127, 130, 131, 136, 138, 140, 143, 144, 145, 147, 150, 152, 153, 154, 155, 157, 159, 160, 161, 163, 164, 165, 167, 168, 169, 170, 171, 173, 174, 175, 178, 179, 180, 181, 183, 184, 185, 192, 200, 201, 203, 204, 206, 207, 209, 210, 211, 215, and 218.

On **Monday, June 4, 2018 at 9:30 a.m.**, the following prospective jurors shall be called into the courtroom for jury selection in **"Wave 1"**: 1, 2, 5, 9, 22, 24, 25, 26, 28, 29, 31, 34, 39, 41, 44, 46, 47, 49, 51, 53, 55, 59, 61, 62, 65, 66, 68, 69, 72, 75, 79, 80, 81, 84, 86, 88, 93, 95, 99, 105, 106, 109, 116, 123, 128, 129, 132, 133, 134, 135, 137, 139, 142, 146, 148, 149, 151, 156, 158, 162, 166, 172, 177, 182, 186, 187,

188, 189, 190, 191, 193, 194, 195, 196, 197, 198, 199, 202, 205, 208, 212, 213, 214, 216, and 217.

The following jurors shall be called into Courtroom 26B and shall constitute **"Wave 2"**: 33, 60, 70, 77, 118, 119, 141, and 176.

SO ORDERED.

Dated:    New York, New York
          May 30, 2018

_____
KATHERINE B. FORREST
United States District Judge