UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

    - against -                                          17 CR 350 (KBF)

RAZHDEN SHULAYA,                          ORDER

                      Defendant.
------------------------------------------------------------X

TO:    THE WARDEN OF THE METROPOLITAN CORRECTIONAL CENTER
       150 Park Row
       New York, New York 10007

The Metropolitan Correctional Center of the Bureau of Prisons is directed to accept for the defendant/inmate RAZHDEN SHULAYA (Register No. 54114048) clothing provided from his attorneys Anthony Cecutti and Jennifer Louis-Jeune and/or a member of his defense team. And to make available such clothing for the defendant to wear to court from June 4, 2018 until June 29, 2018, said clothing being necessary for his appearance at trial before the HONORABLE KATHERINE B. FORREST, in the United States Courthouse at 500 Pearl Street, New York, New York.

                                                           **SO ORDERED**

[handwritten annotation, including:
(1) Slacks,
(2) a shirt,
(3) a pair of shoes
(4) socks
(5) Jacket
KBF]

                                                   /KBF/
                                        HONORABLE KATHERINE B. FORREST
                                        United States District Court Judge
                                        Southern District of New York