UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>RAZHDEN SHULAYA,<br><br>                    Defendant. | 17 Cr. 350 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The CJA attorney on duty today, Patrick Joyce, is appointed to represent Defendant Razhden Shulaya in connection with his motion for bail pending appeal [dkt. no. 1273], effective today.

    Chambers will mail a copy of this order to Mr. Shulaya.

**SO ORDERED.**

Dated:    New York, New York
          July 9, 2020

                                *Loretta A. Preska*
                                LORETTA A. PRESKA
                                Senior United States District Judge