# Patrick J. Joyce Esq.
Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07040
(973) 324-9417

July 30, 2020

Honorable Loretta A. Preska
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10013

> The requested extension is granted.  The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Shulaya.  SO ORDERED.
>
> *Loretta A. Preska*  7/31/2020

Re:   USA v. Razhden Shulaya
      17-Cr. 350(LAP)

Dear Judge Preska,

I am the attorney for Razhden Shulaya, the defendant in the above-captioned case.

Your Honor assigned me to Mr. Shulaya's matter on July 8, 2020 in order to review and supplement Mr. Shulaya's *pro se* motion for bail pending appeal filed on that date. The date to file the supplement to Mr. Shulaya's motion is today. By way of this letter, I respectfully request a 2-week extension of time, until August 14, 2020, to supplement Mr. Shulaya's motion. We are requesting this adjournment because we have had difficulty getting into contact with Mr. Shulaya, his previous attorneys, and his appellate counsel regarding this motion. Moreover, we have been unsuccessful in our attempts to gather information and contacts on behalf of Mr. Shulaya in order to provide a release plan.

I have consulted with the Government, through AUSA Andrew Adams, who consents to this request.

Respectfully submitted,

Patrick J. Joyce
Attorney for Defendant Razhden Shulaya

cc:   Andrew C. Adams, AUSA (*via ECF*)

1