UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

RAZHDEN SHULAYA,

                Defendant.

17 Cr. 350 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The date by which Mr. Shulaya was to reply to the Government's opposition to his motion for bail pending appeal has passed. (See dkt. no. 1273.) If Mr. Shulaya does not file a reply by October 15, 2020, the motion shall be considered sub judice.

**SO ORDERED.**

Dated:    New York, New York
           October 8, 2020

                                            _____
                                            LORETTA A. PRESKA
                                            Senior United States District Judge